UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:25-cv-00191

MWBY, LLC,

    Plaintiff,

v.

KCS INTERNATIONAL, INC., BRUNSWICK CORPORATION; and MARINEMAX EAST, INC.,

    Defendants.
_____/

## DEFENDANT BRUNSWICK CORPORATION'S NOTICE OF FILING CONSENT TO AND JOINDER IN REMOVAL

Defendant Brunswick Corporation, through its division Mercury Marine, ("Mercury Marine"), with full reservation of all rights and defenses, join in and, through undersigned counsel, provides its consent to the removal of this action to this Court pursuant to the Notice of Removal filed by Defendant MarineMax East, Inc. on January 23, 2025, *see* [ECF No. 1].

Dated: January 24, 2025

Respectfully submitted,

**K&L Gates LLP**
*Counsel for Defendants MarineMax East, Inc., Mercury Marine, a division of Brunswick Corporation, and KCS International, Inc., doing business as Cruisers Yachts*
Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Telephone:    305-539-3300
Facsimile:    305-358-7095
Email: laureen.reyes@klgates.com
Email: docketing.east@klgates.com

By: __/s/ Christina M. Paul__

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 24th day of January, 2025.

                    /s/ *Christina M. Paul*
                    Christina M. Paul

Geoffrey M. Cahen, Esq.
Geoff@cahenlaw.com
**CAHEN LAW, P.A.**
1900 Glades Rd., Suite 270
Boca Raton, FL 33431
Telephone: 561.922.0430
*Counsel for Plaintiff*