# AFFIDAVIT OF SERVICE

**State of Florida**  **County of Pinellas**  **6th Judicial Court**

Case Number: 24005643-CI

Plaintiff:
**MWBY, LLC**

vs.

Defendant:
**KCS INTERNATIONAL, INC., BRUNSWICK CORPORATION AND MARINEMAX EAST, INC.**

For:
Geoffrey M. Cahen, Esq.
Cahen Law
1900 Glades Road
Suite 270
Boca Raton, FL 33431

ROC2024010947

Received by Rock Legal Services & Investigations Inc on the 30th day of December, 2024 at 12:55 pm to be served on **KCS International, Inc. c/o Registered Agent, Corporate Creations Network Inc., 301 S. Bedford St., Suite 1, Madison, WI 53703**.

I, Daryl Oestreich, being duly sworn, depose and say that on the **2nd day of January, 2025** at **3:10 pm**, I:

**CORPORATE REGISTERED AGENT EMPLOYEE:** served by delivering a true copy of the **Summons and Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Steve Karis** who is an employee for the Registered Agent for **KCS International, Inc.** at the address of **301 S. Bedford St., Suite 1, Madison, WI 53703**, and informed said person of the contents therein, in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081(3)(a) or other state statute as applicable after having first made an attempt during registered agent hours and the registered agent not being available.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 200, Hair: Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made in accordance with State Statute.

STATE OF Wisconsin
COUNTY OF Dane
Sworn to (or affirmed) and subscribed before me this the 16 day of Jan, 2025, by Daryl Oestreich.

(Signature of Notary Public) April Sutherland

(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known __X__ OR Produced Identification _____
Type of Identification Produced

**Daryl Oestreich**
Process Server

Rock Legal Services & Investigations Inc
500 South Australian Ave.
Suite 606
West Palm Beach, FL 33401
(561) 296-7574

Our Job Serial Number: ROC-2024010947
Ref: 213539148

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a